IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K. L. F., Minor By His Mother and Next Best Friend, and CARMENCITA M. PEDRO | : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 05-857 |
| vs. | : : | |
| PAUL VALLAS, C.E.O., KIMBERLY CAPUTO, ESQ., and the SCHOOL DISTRICT OF PHILADELPHIA, et al Defendants. | : : : : | |

**O R D E R**

**AND NOW**, this 1st day of February, 2008, the Court, by Order dated April 28, 2005, having transferred this case to the Civil Suspense File and stayed all proceedings until further order of the Court, and the parties having filed four (4) Motions thereafter, **IT IS ORDERED** that the following four (4) Motions are **TRANSFERRED** to the Civil Suspense File:

1. Motion to Re-Open Case (Document No. 34, filed February 23, 2007);

2. Motion for Reconsideration of *In Forma Pauperis* Status of Plaintiff (Document No. 35, filed February 23, 2007);

3. Second Motion of Defendants to Dismiss (Document No. 36, filed February 23, 2007); and,

4. Complaint and Appeal of the Section 504 Administrative Decision/Order Dated March 10, 2007, Motion for Consolidation of Civil Action 05-857, Motion to File Documents Under Seal, Motion for Leave of Court to Amend Complaint (Document No. 37, filed May 9, 2007).

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.