IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.L.F., a minor, by his mother and next best friend, CARMENCITA M. PEDRO | : CIVIL ACTION :  :  :  : |
| vs. | : : |
| PAUL VALLAS C.E.O., ET AL. | : : NO. 05cv857 |

O R D E R

**AND NOW**, this 9th day of July, 2008, after argument before the undersigned, by agreement of the parties, **IT IS HEREBY ORDERED** that the complaint is **DISMISSED** as moot with prejudice, but without prejudice to the right of the plaintiff to file an action under § 1983, if she so chooses, subject to all of the defenses available to the defendants in such an action.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge